(Name) Manuel Tamayo Torres Jr.

(Address) PO Box 1050

(City, State, Zip) Soledad, Ca 93960

(CDC Inmate No.) V12118





RECEIVED MAY 2 8 2008 BY:

FILED JUN - 2 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

# United States District Court
## Southern District of California

Manuel Tamayo Torres Jr.
(Enter full name of plaintiff in this action.)

                Plaintiff,

v.

Mike Evans. (CDW)
(Enter full name of each defendant in this action.)

                Defendant(s).

)
)
)
)  '08 CV 0990 IEG AJB
)  Civil Case No. _____
)  (To be supplied by Court Clerk)
)
)
)
)  Complaint Under the
)  Civil Rights Act
)  42 U.S.C. § 1983
)
)
)
)
)

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Manuel Tamayo
(print Plaintiff's name)
Torres Jr. CDC# V12118, who presently resides at Salinas Valley State Prison
(mailing address or place of confinement)
, were violated by the actions

of the below named individuals. The actions were directed against Plaintiff at Via Centinela
State Prison                          on (dates) 3-2005/2006 ,        , and
(institution/place where violation occurred)             (Count 1)     (Count 2)     (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)                                                                          ::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **Ms. Stevenson** (name) resides in **Imperial County** (County of residence), and is employed as a **Correctional officer** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Pety theft, conspiracy, corruption and robbery. 6/06 chapter 13 civil rights §241**

Defendant **Ms. Ryan** (name) resides in **Imperial County** (County of residence), and is employed as a **Correctional officer** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Pety theft, conspiracy, corruption and robbery. 6/06 chapter 13 civil rights §241**

Defendant **Ms. Robles** (name) resides in **Imperial County** (County of residence), and is employed as a **Correctional Counselor** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Cruel and unusual punishment, conspiracy and corruption. 2005-2006 freedom of religion, freedom of association. Chapter 13 civil rights §241**

Defendant **Ms. Nicholes** (name) resides in **Imperial County** (County of residence), and is employed as a **Correctional officer (CO.)** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Freedom from cruel and unusual punishment, conspiracy and corruption. 2005-2006 freedom of religion, freedom of association. §241**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: freedom from cruel and unusual punishment, freedom of religion and association
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] 2005-2006 Ms. Robles, when i got to D yard i asked Counselor Robles to change my ethnicity to white, i was having problems with the population cause they had me down as a Mexican. I'm Caucasian white American, Hawaiian and Portuguese my license says im Hispanic and Hispanic is some one of a Portuguese descent. So requardless it says im white and when i ask to be change they refuse, im being racially profiled and wrongfully identified. Im still having problems with all Counselors.

Defendant - ② 2005-2006 Counselor Nicholes, when i spoke to Ms. Nicholes i clearly asked to change me of ethnicity and she told me that she needed my birthcertificate to do so. As you see i had the same problems with Counselor Nicholes as i did with Ms. Robles. Their holding me to another race! Pull my CDC picture out blue eyes, blond hair. That's it.

Defendant - ③ I'd like the district Court to come and take my D.N.A. sample blood and specimens if needed to identify me as a white man. This is mandatory under §3025 D.N.A. my name is Manuel Tamayo Torres Jr. I'd like to change my name to (John Torry Oceans) As for my birthcertificate it does not have any color nor race next to it, it got's 4 lines ---- it should say white over white that needs correcting. I was born in San Diego and i am a U.S. citizen. I want this done with the case, correct identity.

Defendant - ④ 2006 C/O Ryan, when i got to "C6" hole i asked for some of property Ms. Ryan asked what i wanted so i told her, 2 soaps, 1 toothpaste, 1 lotion. we wheir talking and she told me she wanted half my cosmetics and walked away. I guess she was serious. I transferred out of Centinela State prison and when i got to another yard my property was missing. About $99.⁰⁰ all gone look at my store and package receipts all their.

Defendant - ⑤ 2006 C/O Stevenson, Ms. Stevenson handled my property after leaving "C6" hole we signed a inventory slip off my foto album was the only thing missing, i transpacked when i got to the yard everything was missing i got some things back in 2008 but $99.⁰⁰ in cosmetics still missing. Polygraph everyone some else probably took my property i had problems with one C/O Gomez, C/O Guelta, a C/O white many C/O's They'll cover for eachother. ⑥ May i add, why would i be having all these problems if my uncle works for the correctional department Mr. C/O Wayne Holman. I told the counselors he works out San Diego Donovan State Prison, i see the picture. If you don't recieve my 6 month statement and the 5 dollar filing fee for my In Forma pauperis the the doing of the trust account office, warden, or the Counselor. We've been through this already. Salinas Valley State prison. I was stabbed and assaulted already. Racial

§ 1983 SD Form
(Rev. 5/98)

3

::ODMA\PCDOCS\WORDPERFECT\22834\1

<u>Count 2</u>: The following civil right has been violated: _____

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

<u>Count 3</u>: The following civil right has been violated:

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: MANUEL TAMAYO TORRES JR.

Defendants: (CDW) MIKE EVANS, MARVIN SNYDER, C/O BELLINGER, GRANILLO, BLANKERSHIM

(b) Name of the court and docket number: U.S. DISTRICT COURT EASTERN DISTRICT FRESNO CALIF. 1:08-CV-00428-AWI-GSA-(PC)

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] STILL PENDING

(d) Issues raised:

CRUEL AND UNUSUAL PUNISHMENT, CONSPIRACY CORRUPTION TO CAUSE DEATH BY FINISHING A JOB DONE WITH PHARMACEUTICALS

(e) Approximate date case was filed: 3/6/08
(f) Approximate date of disposition: STILL PENDING

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. NO RESULT WAS SOUGHT ONLY COVER UP'S AND LIES.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief: $350.00

1. An injunction preventing defendant(s):

   C/O Stevenson Mr.
   C/O Ryan Ms.
   Counselor Mrs. Robles
   Counselor Ms. Nicholes

2. Damages in the sum of $ 99.00

3. Punitive damages in the sum of $

4. Other: Mental, Physical Damage

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.   OR   ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

5/23/08
Date

[signature]
Signature of Plaintiff

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Manuel Tamayo Torres Jr.

**FILED**
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Evans

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Monterey
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Manuel Tamayo Torres Jr.
PO Box 1050
Soledad, CA 93960
V-12118

ATTORNEYS (IF KNOWN)

'08 CV 0990 IEG AJB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appelate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:    JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):    JUDGE    Docket Number

DATE    6/2/2008    SIGNATURE OF ATTORNEY OF RECORD

R. Melley