# UNITED STATES DISTRICT COURT

### Southern District of California

Manuel Tamayo Torres Jr.

                              Plaintiff,

v.                                                       Case No.: 3:08−cv−00990−IEG−AJB

                                                      Judge  Irma E. Gonzalez

Mike Evans, et al.

                              Defendant.

### JUDGMENT IN A CIVIL CASE

     \_\_\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     \_\_**X**\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Complaint is dismissed as frivolous. It is further ordered that Plaintiff's Motion to Proceed IFP is denied as moot...

                                                                                          W. Samuel Hamrick, Jr.,
                                                                                                  Clerk of the Court

Date: 6/20/08

                                                                                                 By: s/ A. Everill, Deputy Clerk

                                                                                                 ENTERED ON: June 20, 2008